UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MIGUEL CASTILLO,

                     Plaintiff,

                                                                                          No. 20 Civ. 2659 (ENV)(PK)

          -against-

TINA's PB I, LLC. d/b/a PARIS BAGUETTE,        **NOTICE OF VOLUNTARY**
TINA'S PB II, LLC. d/b/a PARIS BAGUETTE, and   **DISMISSAL WITHOUT**
TINA MA,                                                           **PREJUDICE**

                     Defendants.
-----------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Plaintiff Miguel Castillo, by his attorneys Pechman Law Group PLLC, submits this notice of voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
         November 9, 2020

                                                            PECHMAN LAW GROUP PLLC

                                                      By:  *s/ Louis Pechman*
                                                           Louis Pechman
                                                          Gianfranco Cuadra
                                                          488 Madison Avenue, 17th Floor
                                                          New York, New York 10022
                                                          Tel.: (212) 583-9500
                                                          pechman@pechmanlaw.com
                                                          cuadra@pechmanlaw.com
                                                          *Attorneys for Plaintiff*