UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

MIGUEL CASTILLO,

                  Plaintiff,

                                                                                                                                                           No. 20 Civ. 2659 (ENV)(PK)

       -against-

TINA's PB I, LLC. d/b/a PARIS BAGUETTE,     **NOTICE OF VOLUNTARY**
TINA'S PB II, LLC. d/b/a PARIS BAGUETTE, and  **DISMISSAL WITHOUT**
TINA MA,                                                              **PREJUDICE**

                  Defendants.

---------------------------------------------------------------------- X

        **PLEASE TAKE NOTICE** that Plaintiff Miguel Castillo, by his attorneys Pechman Law Group PLLC, submits this notice of voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
         November 9, 2020

                                                       PECHMAN LAW GROUP PLLC

                                                    By: *s/ Louis Pechman*
                                                        Louis Pechman
                                                       Gianfranco Cuadra
                                                      488 Madison Avenue, 17th Floor
Application Granted                      New York, New York 10022
  SO ORDERED                           Tel.: (212) 583-9500
Brooklyn, New York                       pechman@pechmanlaw.com
Dated: November 12, 2020              cuadra@pechmanlaw.com
                                                       *Attorneys for Plaintiff*

    */s/ Eric N. Vitaliano*

    Eric N. Vitaliano
  United States District Court